ALBERT J. WHEELER, as Receiver of the GERMAN BANK OF BUFFALO, Respondent, *v.* JOSEPH H. ECKERT et al., Appellants.

*German Bank of Buffalo* v. *Eckert*, 94 App. Div. 614, affirmed.
(Argued October 17, 1905; decided October 27, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered

June 6, 1904, which affirmed a judgment of the Erie County Court foreclosing a mortgage on certain property of the defendants.

*M. Fillmore Brown* and *Charles A. B. Smith* for appellants.

*Samuel F. Moran* and *William L. Marcy* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, BARTLETT, VANN and WERNER, JJ. Not sitting: HAIGHT, J. Absent: O'BRIEN, J.